IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JAMES FERGUSON                                                                                  PLAINTIFF

VS.                                                            CIVIL ACTION NO. 3:17-cv-165-DPJ-FKB

BRADLEY ELLIS, et al                                                                        DEFENDANTS

## OMNIBUS ORDER

This is an action pursuant to 42 U.S.C. § 1983 brought by James Ferguson, an inmate in the custody of the Mississippi Department of Corrections. The Court held an omnibus hearing in this matter on June 27, 2018. During the omnibus hearing, the undersigned questioned Plaintiff concerning his claims and addressed other case management issues. Having considered Plaintiff's testimony at the omnibus hearing, the Court finds and orders as follows.

Plaintiff's claim, as clarified at the omnibus hearing, is that on or about May 28, 2016, Defendants failed to protect him from an inmate who threw bodily fluid on him.

Defendants Cooney, Donald, Rice, Shaw, and Wren filed a motion for summary judgment [30] on June 19, 2018. At the hearing, the Court set a deadline of July 13, 2018, for Plaintiff to respond to that motion. Defendants provided Plaintiff with documents Bates stamped 1-18, which included copies of relevant ARPs, as well as witness and exhibit lists. Plaintiff provided Defendants with his witness and exhibit lists.

Discovery shall be limited to 25 interrogatories, 25 requests for production, and 25 requests for admission. All discovery must be completed by October 31, 2018. Any dispositive motions must be filed by November 14, 2018.

The Court will set this matter for trial after it has ruled on any dispositive motions, if necessary.

SO ORDERED, this the 9th day of July, 2018.

/s/ F. Keith Ball
UNITED STATES MAGISTRATE JUDGE